O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: SA 09-519M-2 |
| Plaintiff, | ) | ORDER OF DETENTION |
| | ) | |
| vs. | ) | |
| | ) | |
| Richard Cleary, | ) | |
| Defendant. | ) | |

**I.**

A.   (X)   On motion of the Government in a case allegedly involving:

1.   ( )   a crime of violence.

2.   ( )   an offense with maximum sentence of life imprisonment  or death.

3.   (X)   a narcotics or controlled substance offense with maximum sentence of ten or more years.

4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.  (X)  On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

(X)  On the further allegation by the Government of:

    1.  (X)  a serious risk that the defendant will flee.

    2.  ( )  a serious risk that the defendant will:

        a.  ( )  obstruct or attempt to obstruct justice.

        b.  ( )  threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.  The Government ( ) is/(X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.  (X)  The Court finds that no condition or combination of conditions will reasonably assure:

    1.  (X)  the appearance of the defendant as required.

        (X)  and/or

    2.  (X)  the safety of any person or the community.

B.  ( )  The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A.  (X)  the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.  (X)  the weight of evidence against the defendant;

Page 2 of 4

C.      (X)     the history and characteristics of the defendant; and

D.      (X)     the nature and seriousness of the danger to any person or the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A.      (X)     As to flight risk:  Defendant's lack of adequate bail resources or acceptable sureties; probation violation, use of five aliases; expired visa, and strong ties to a foreign country.

B.      (X)     As to danger:  Defendant's prior criminal history and the nature of the charged offense.

## VI.

A.      ( )     The Court finds that a serious risk exists the defendant will:

1.      ( )     obstruct or attempt to obstruct justice.

2.      ( )     attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.      The Court bases the foregoing finding(s) on the following:

_____

_____

_____

## VI.

A.      IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.      IT IS FURTHER ORDERED that the defendant be committed to the custody of

1   the Attorney General for confinement in a corrections facility separate, to the

2   extent practicable, from persons awaiting or serving sentences or being held in

3   custody pending appeal.

4   C.   IT IS FURTHER ORDERED that the defendant be afforded reasonable

5   opportunity for private consultation with counsel.

6   D.   IT IS FURTHER ORDERED that, on order of a Court of the United States or on

7   request of any attorney for the Government, the person in charge of the

8   corrections facility in which defendant is confined deliver the defendant to a

9   United States marshal for the purpose of an appearance in connection with a court

10   proceeding.

11

12   Dated:  December 10, 2009

                                        /s/   Arthur Nakazato
13                              _____
                                    ARTHUR NAKAZATO
14                              UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28